LEO J. GRUBMAN, as Stockholder of MARGON CORPORATION, Respondent, v. ALEXANDER KONOFF and Others, Appellants. (Appeal No. 1.) — Order modified

so as to strike out only the first defense contained in the defendants' answer, and as so modified affirmed, without costs. In our opinion, the third, fourth and fifth defenses are sufficient in view of the character of plaintiff's complaint and the demand by him of individual relief. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.